UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CIV-22022-KING/BECERRA

SARAH PARRA,

    Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS FL INC.,

    Defendant.

_____/

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, LexisNexis Risk Solutions FL Inc. hereby makes the following corporate disclosure identifying any parent corporation and publicly held corporation that owns 10% or more of its stock:

i) Parent Company: LexisNexis Risk Data Management Inc. and LexisNexis Risk Holdings Inc. The ultimate corporate parent is RELX Inc.

ii) Publicly held companies owning 10% of more of its stock: RELX Group plc is a publicly-held entity that indirectly owns, through a number of intermediate subsidiaries, 10% or more of LexisNexis Risk Solutions FL Inc.'s stock. Interests in RELX Group plc are traded as American Depository Receipts on the New York Stock Exchange under the symbol RELX.

Dated: July 2, 2019.

        Respectfully submitted,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        9130 S. Dadeland Boulevard, Suite 1625
        Miami, Florida 33156
        Telephone: 305.374.0506
        Facsimile: 305.374.0456

        <u>Steven S. Cula</u>
        Christopher P. Hammon
        Florida Bar No. 176753
        chris.hammon@ogletreedeakins.com
        Steven S. Cula
        Florida Bar No. 1002949
        steven.cula@ogletreedeakins.com

        *Counsel for Defendant, LexisNexis Risk*
        *Solutions FL Inc.*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                         <u>Steven S. Cula</u>
                                                                         Steven S. Cula

## **SERVICE LIST**
*Sarah Parra v. LexisNexis Risk Solutions Fl. Inc.*
*United States District Court for the Southern District of Florida*
CASE NO. 19-CIV-22022-KING/BECERRA

Anthony M. Georges-Pierre
agp@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305.416.5000
Facsimile: 305.416.5005

*Counsel for Plaintiff, Sarah Parra*

Method of Service:  CM/ECF

Christopher P. Hammon
chris.hammon@ogletreedeakins.com
Steven S. Cula
steven.cula@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
9130 S. Dadeland Boulevard, Suite 1625
Miami, FL 33156
Telephone:  305.374.0506
Facsimile:   305.374.0456

*Counsel for Defendant, LexisNexis Risk Solutions Fl. Inc.*

39089572.1